UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS C DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1112 |
| | § | |
| FAYETTE COUNTY APPRAISAL | § | |
| DISTRICT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is

DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 11th day of June, 2018.

_____
Kenneth M. Hoyt
United States District Judge